IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **VIRGIL SMITH, #B-34579,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 10-cv-948-MJR |
| | ) |
| **WARDEN DOZER, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**MEMORANDUM AND ORDER**

**REAGAN, District Judge:**

This action comes before the Court on information provided by the Illinois Department of Corrections that Plaintiff is no longer an inmate in the Vandalia Correctional Center. On January 24, 2011, the Court ordered Plaintiff to supply the clerk with his current address within 14 days of receipt of the order, so that Plaintiff was to supply this information by February 7, 2011. This date has since past, and this Court has not received any updated information from Plaintiff. Following Plaintiff's failure to comply with this order in the time allotted,

**IT IS HEREBY ORDERED AND ADJUDGED** this action is **DISMISSED without prejudice** for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). The Clerk is **DIRECTED** to **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

**Dated: February 14, 2011**

            **/s/ MICHAEL J. REAGAN**
            **U. S. District Judge**